NUMBER 13-05-489-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

REMEDIAL CONSTRUCTION SERVICES, INC.,               Appellant,

 

                                           v.

 

AIZAR
KARAM, ET AL.,                                            Appellees.

___________________________________________________________________

 

                 On appeal from the 275th  District Court

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

    Before Chief Justice Valdez and
Justices Rodriguez and Castillo

Memorandum
Opinion Per Curiam

 








Appellant, REMEDIAL
CONSTRUCTION SERVICES, INC., perfected an appeal from a judgment entered by
the 275th District Court of Hidalgo County,
Texas, in cause number C-5017-97-E(1).  After the clerk=s record was received, appellant filed a motion
to dismiss the appeal.  In the motion,
appellant states that this case has been resolved and appellant no longer
wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 20th day of October,
2005.